ORIGINAL

ADAM BRAVERMAN
United States Attorney
LAWRENCE A. CASPER
Assistant United States Attorney
California Bar No. 235110
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6734
Email: lawrence.casper@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
FEB 12 PM 3: 9
S

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN MICHAEL RODRIGUEZ (5),<br><br>Defendant. | Case No.: 17CR0648-GPC<br><br>**UNITED STATES' MOTIONS (1) TO UNSEAL SUPERSEDING INDICTMENT AS TO DEFENDANT NO. 5 & (2) TO DISMISS DEFENDANT NO. 5 WITHOUT PREJUDICE AND MEMORANDUM IN SUPPORT THEREOF**<br>[FILED UNDER SEAL] |

Plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Adam Braverman, United States Attorney, and Lawrence A. Casper, Assistant United States Attorney, file this Memorandum in Support of the United States' Motions to Unseal Defendant No. 5 and to Dismiss Defendant No. 5 Without Prejudice.

17CR0648-GPC

# I.

# DISCUSSION

The United States seeks to unseal and dismiss the Superseding Indictment as to defendant Jordan Michael RODRIGUEZ (Defendant No. 5 in the Superseding Indictment)("RODRIGUEZ"), pursuant to Fed. R. Crim. P. 48(a). Because the case against RODRIGUEZ is currently sealed, the United States has filed this motion under seal but believes that this motion and the Court's order unsealing and dismissing need not be maintained under seal. Therefore, the proposed Order submitted with these motions enables the unsealing of these motions and the Court's Order unsealing and dismissing the case against RODRIGUEZ.

The United States has obtained information that defendant RODRIGUEZ, who was believed to be in Mexico, died in Southern Texas from a gunshot wound to his right thigh in or about August 2017. Among other sources, the United States has obtained a copy of a coroner's autopsy report to confirm the death.

Accordingly, the United States respectfully requests that the Court unseal the charges against RODRIGUEZ contained in Counts 1 and 2 of the Superseding Indictment (along with the forfeiture allegations), that the charges against RODRIGUEZ be dismissed without prejudice, and that the arrest

warrant with respect to defendant RODRIGUEZ be quashed.
This the 12th day of February 2018.

                        Respectfully submitted,

                        ADAM BRAVERMAN
                        Acting United States Attorney

                        /s/Lawrence A. Casper
                        LAWRENCE A. CASPER
                        Assistant U.S. Attorney