```
                                                            FILED

                                                          FEB 12 2018
 1                                                    CLERK US DISTRICT COURT
         UNITED STATES DISTRICT COURT
 2       SOUTHERN DISTRICT OF CALIFORNIA              SOUTHERN DISTRICT OF CALIFORNIA
                                                      BY                    DEPUTY
 3

 4
     UNITED STATES OF AMERICA,         Case No. 17CR0648-GPC
 5
            Plaintiff,
 6                                     ORDER ON UNITED STATES' MOTIONS
                                       TO   UNSEAL   CASE   AGAINST
 7         v.                          DEFENDANT  NO.   5  &  DISMISS
                                       DEFENDANT   NO.   5   WITHOUT
 8   JORDAN MICHAEL RODRIGUEZ (5),     PREJUDICE

 9          Defendant.

10
```

11          Having considered the United States' Motions to Unseal
12   the Superseding Indictment as to Jordan Michael RODRIGUEZ
13   ("RODRIGUEZ") and to Dismiss the Indictment against
14   RODRIGUEZ without prejudice pursuant to Fed. R. Crim. P.
15   48(a), this Court hereby grants the United States' motions
16   and **ORDERS** that: (1) the Superseding Indictment as to
17   Defendant No. 5, Jordan Michael RODRIGUEZ, be unsealed; (2)
18   that the allegations against Defendant Jordan Michael
19   RODRIGUEZ are hereby dismissed from the instant case
20   without prejudice; and (3) that the United States' motion
21   to unseal and this Order are to be filed on the publicly
22   available docket in this case.
23          Accordingly, the Third Superseding Indictment against
24   Jordan Michael RODRIGUEZ is hereby dismissed without
25   prejudice pursuant to Fed. R. Crim. P. 48(a). Further, the

arrest warrant pending against defendant Jordan Michael RODRIGUEZ shall be quashed.

**IT IS SO ORDERED.**

Dated: February 12, 2018

HON. GONZALO P. CURIEL
UNITED STATES DISTRICT JUDGE

17cr0648-GPC

2