FILED AND RETURN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 17cr648-GPC |
| vs | ) | ABSTRACT OF ORDER |
| Jordan Michael Rodriguez(s) | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  2/12/18

the Court entered the following order:

2018 FEB 12 ☐ 2:26  SOUTHERN ... RECEIVED ... OF

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____X____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____X____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

____X____ Other. Superseding Indictment Dismissed w/o prejudice

Gonzalo P. Curiel
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____  JOHN MORRILL       Clerk
         DUSM        by  J. Haslam  HASL...
                         Deputy Clerk

Crim-9 (Rev. 8-11)                                    ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY